[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED** TD
4/1/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**RECEIVED**
MAR 16 2020 AC
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois

Christopher McClurge )
    Plaintiff )
       v. )
Northside Housing )
    Defendant )

1:20-cv-01800
Judge Virginia M. Kendall
Magistrate Sidney I. Schenkier

## COMPLAINT

I Am suing Northside Housing cause there staff at the bradley Center on 941 W Lawrence is discriminating on me an a couple more residents. I ask Mrs Davita the Manager for a pair of long johns. An she pass them out to everyone but me, she also said I'm not suppose to Express my religion cause I'm a Hebrew Israelite that studys Moors sciene. Were not Allow to talk about God and religion at the dinner table. An I file A greviance on Mrs. Davita an waited 10 days for a response from Northside Housing an they never respond. out of retaliation they kick me out the shelter right when there closing schools and restaurants from corona virus. Now I'm sleeping on the train at risk of getting sick.

Christopher McClurge 3/16/20

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]